DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH PRANEVICIUS,**
Appellant,

v.

**SMITH & SONS CONSTRUCTION COMPANY OF FLORIDA,
LLC,** a Florida limited liability company,
Appellee.

No. 4D17-3355

[October 25, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE-15-017012.

J. David Huskey, Jr., of McGee & Huskey, P.A., Fort Lauderdale, for appellant.

Paul J. Kneski of Law Offices of Paul J. Kneski, P.A, Plantation, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***